JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY STAN RICE, | Case No. 5:24-cv-02604-DDP-JC |
| Plaintiff, | JUDGMENT |
| v. | |
| SAN BERNARDINO COUNTY SHERIFF'S BUREAU OF DETENTION AND CORRECTIONS, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 22, 2025

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE